UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | Magistrate Case No. _____ |
| Plaintiff, ) | |
| ) | COMPLAINT FOR VIOLATION OF |
| v. ) | |
| ) | Title 8, U.S.C., Section 1324(a)(2)(B)(iii)- |
| **Javier VEGA-Armente** ) | Bringing in Illegal Alien(s) |
| ) | Without Presentation |
| Defendant. ) | |
| ) | Title 8, U.S.C., Section 1324(a)(2)(B)(ii)- |
| ) | Bringing in Aliens for Financial Gain |
| ) | |

The undersigned complainant being duly sworn states:

### Count I

On or about **December 27, 2007**, within the Southern District of California, defendant **Javier VEGA-Armente**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Margarita RAMIREZ-Gutierrez** and **Jose Luis MACIAS-Estrada** had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens, and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

### Count II

On or about **December 27, 2007**, within the Southern District of California, defendant **Javier VEGA-Armente**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Raquel VALDEZ-Garcia, Margarita RAMIREZ-Gutierrez** and **Jose Luis MACIAS-Estrada** had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Sara Esparagoza, United States Customs
and Border Protection Enforcement Officer

Sworn to before me and subscribed in my presence, this 31st day of December, 2007.

UNITED STATES MAGISTRATE JUDGE

**CATHY ANN BENCIVENGO**
**U.S. MAGISTRATE JUDGE**

## PROBABLE CAUSE STATEMENT

The complainant states that Raquel VALDEZ-Garcia, Margarita RAMIREZ-Gutierrez and Jose Luis MACIAS-Estrada are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimony is material; that it is impracticable to secure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On December 27, 2007, at about 10:05 p.m., **Javier VEGA-Armente (Defendant)** made application for admission into the United States at the San Ysidro, California Port of Entry driving a Plymouth Voyager. Also applying for admission was a female passenger, who is now identified as **Raquel VALDEZ-Garcia (MW1)**. Upon inspection before a United States Customs and Border Protection (CBP) Officer, Defendant presented as his own a DSP-150 (Border Crossing Card) bearing the name of Victor Manuel Cerda Ramon. Defendant also presented another Border Crossing Card, bearing the name of Graciela Torres Padilla on behalf of MW1. Defendant gave a negative customs declaration and stated he intended to travel to Chula Vista, California. During the course of the examination, the CBP Officer suspected Defendant and MW1 were imposters to the Border Crossing Cards presented. In addition, the CBP Officer discovered what appeared to be human beings concealed in the rear cargo area of the van. As a result, Defendant was taken into custody and escorted to secondary inspection. The vehicle and all occupants were also escorted to secondary inspection.

In secondary, Defendant was confirmed to be an impostor to the document presented and determined to be an undocumented citizen of Mexico. MW1 was also confirmed to be imposters to the Border Crossing Card presented on her behalf. There were a total of eleven individuals found concealed inside the van, two of which were retained as material witnesses and are now identified as **Margarita RAMIREZ-Gutierrez (MW2)** and **Jose Luis MACIAS-Estrada (MW3)**. All material witnesses were determined to be undocumented aliens and citizens of Mexico.

During a videotaped proceeding, Defendant was advised of his Miranda rights and elected to submit to questioning without benefit of counsel. Defendant admitted he is not the rightful holder of the Border Crossing Card he presented as his own and that he does not have documents to legally enter the United States. Defendant admitted to knowing MW1 was not the rightful owner of the Border Crossing Card presented on her behalf and that she did not possess documents to legally enter the United Sates. Defendant stated he had prior knowledge that there was more than one undocumented alien concealed inside the van he was found driving. Defendant admitted to making arrangements to drive the vehicle and deliver the passengers to an unspecified location in Chula Vista, California; in return, he would be excluded from having to pay $2,500.00 USD.

On separate videotaped interviews, the material witnesses declared they are citizens of Mexico without legal rights to enter the United States. Material witnesses stated they were to pay fees ranging from $2,300.00 to $2,700.00 to be smuggled in the United States. All material witnesses stated they intended to travel to California.

Executed on this **28th** day of **December 2007** at **1500**.

_____
Elizabeth Rangel-Machuca / CBP Enforcement Officer

On the basis of the facts presented in the Probable Cause Statement consisting of **(1)** pages, I find probable cause to believe that the defendant named therein committed the offense on **December 27, 2007** in violation of Title 8, United States Code, Section 1324.

_____          12/29/07 @ 11:15 am
United States Magistrate Judge                      Date / Time

**CATHY ANN BENCIVENGO**
**U.S. MAGISTRATE JUDGE**