UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 07mj3003 (CAB) |
| Plaintiff | ) | |
| | ) | CRIMINAL NO. _____ |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Javier Vega-Armente | ) | RELEASING MATERIAL WITNESS |
| | ) | |
| | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

Raquel Valdez-Garcia

DATED: 1/8/08

CATHY ANN BENCIVENGO

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
           DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
Deputy Clerk